1  JEFFREY C. KRAUSE (State Bar No. 94053)
   Email: jkrause@stutman.com
2  EVE H. KARASIK (State Bar No. 155356)
   Email: ekarasik@stutman.com, Members of
3  ERIC D. GOLDBERG (State Bar No. 157544)
   Email: egoldberg@stutman.com
4  STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
   1901 Avenue of the Stars, 12th Floor
5  Los Angeles, California 90067
   Telephone:  (310) 228-5600
6  Facsimile:  (310) 228-5788

7

8  Counsel for RE Reno, LLC

9
                        UNITED STATES BANKRUPTCY COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
                                OAKLAND DIVISION
11

12   In re                              )  Case No. 4:10-bk-48272-RN
                                        )
13   Wild Game Ng, LLC,                 )  Chapter 11
                                        )
14                         Debtor.      )
                                        )  **NOTICE OF APPEARANCE AND**
15                                      )  **REQUEST FOR SPECIAL NOTICE AND**
                                        )  **INCLUSION IN MASTER MAILING LIST**
16                                      )
                                        )
17                                      )  [No Hearing Required]
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
                                        )
22                                      )
                                        )
23                                      )
                                        )
24  _____)

25        **PLEASE TAKE NOTICE** that the Stutman, Treister & Glatt Professional

26  Corporation ("ST&G") hereby appears as counsel for RE Reno, LLC, pursuant to Bankruptcy Rules

27  2002, 3017, 9007, and 9010, and request an entry be made on any "Special Notice List" maintained

28  by the above-captioned debtor and/or the Clerk's Office, if any, in the above-captioned chapter 11

542586v.1

1   case (the "Case"), and that in all events all notices given or required to be given and all papers

2   served or required to be served in this Case, including without limitation: (i) any proposed use, sale,

3   or lease of property of the estate other than in the ordinary course of business; (ii) any hearing on

4   approval of a compromise or settlement of a controversy; (iii) any hearing on applications for

5   compensation or reimbursement of expenses; (iv) any matters relating to a plan of reorganization or

6   disclosure statement; and (v) all other matters requiring notice to creditors under Bankruptcy Rules

7   2002(a), 2002(b), 2002(f), 2002(i), and 2002(m), be given to and served on the following counsel for

8   RE Reno, LLC :

9            JEFFREY C. KRAUSE
             EVE H. KARASIK

10           ERIC D. GOLDBERG
           STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION

11           1901 Avenue of the Stars, 12th Floor
           Los Angeles, California 90067

12           Telephone:  (310) 228-5600/Facsimile:  (310) 228-5788
           Email: jkrause@stutman.com

13                 ekarasik@stutman.com
                egoldberg@stutman.com

14

15       **PLEASE TAKE FURTHER NOTICE** that neither this request for special notice

16   nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute

17   a waiver by any client of ST&G of any: (a) rights to have any and all final orders in any and all

18   noncore matters entered only after de novo review by a United States District Court; (b) rights to

19   trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in

20   this matter withdrawn by the United States District Court in any matter or proceeding subject to

21   mandatory or discretionary withdrawal; (d) rights with respect to any objections to jurisdiction; and

22   (e) any and all other rights, claims.

23   Dated: July 26, 2010               STUTMAN, TREISTER & GLATT
                              PROFESSIONAL CORPORATION

24

25                            By  /s/ *Eric D. Goldberg*_____

26                               ERIC D. GOLDBERG
                              Counsel for RE Reno, LLC

27

28

542586v.1

| In re:<br>    Wild Game Ng, LLC | CHAPTER 11 |
|---|---|
| Debtors | CASE NUMBER 4:10-bk-48272-RN |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067

The foregoing document described as **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MASTER MAILING LIST** will be served or was served **(a)** on the judge in chambers; and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 26, 2010** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com

Aram Ordubegian on behalf of Debtor Wild Game NG, LLC
Ordubegian.Aram@ArentFox.com

☐   Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 26, 2010**I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, ~~and/or with an overnight mail service~~ addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

*See Exhibit A, Attached Hereto and Incorporated Herein by Reference*

☒   Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 26, 2010 | Kendra A. Johnson | /s/ Kendra A. Johnson |
|---|---|---|
| | *Type Name* | *Signature* |

542586v.1

| In re: |  | CHAPTER  11 |
|---|---|---|
| Wild Game Ng, LLC, | Debtors | CASE NUMBER 4:10-bk-48272-RN |

**EXHIBIT A**

**SERVICE LIST**

| *Debtor* | *Counsel for Debtor* |
|---|---|
| Wild Game Ng, LLC<br>1 South Lake Street<br>Reno, NV 89501 | Aram Ordubegian<br>Arent Fox<br>555 W. 5th St., 48th Floor<br>Los Angeles, CA 90013 |
| *U.S. Trustee*<br>Office of the U.S. Trustee<br>1301 Clay St., #690N<br>Oakland, CA 94612 | *U.S. Bankruptcy Court Judge*<br>The Honorable Randall J. Newsome<br>U.S. Bankruptcy Court Northern District of CA<br>1300 Clay Street, Suite 300<br>Oakland, CA 94612 |
|  |  |

542586v.1